AO 243 (Rev. 01/15)                                                                                     Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |  |
|---|---|---|
| Name (under which you were convicted): BRIAN THOMAS | | Docket or Case No.: 16-20695-MORENO |
| Place of Confinement: Jesup Federal Correctional Instution | | Prisoner No.: 09493-104 |
| UNITED STATES OF AMERICA | v. | Movant (include name under which convicted) BRIAN THOMAS |

REC'D by ___ D.C.
FEB 0 5 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   UNITED STATES DISTRICT Court Southern District of FloRiDA
   (b) Criminal docket or case number (if you know): 16-20695- MORENO

2. (a) Date of the judgment of conviction (if you know): 01-24-16
   (b) Date of sentencing: 01-24-16

3. Length of sentence: 188 months

4. Nature of crime (all counts):
   Count-1 Possession with the intent to distribute controlled Substances within 1000 feet of a Shcool.
   Count-2 Convicted felon in possession of ammunititon

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   cat/dlv 5/0/2255/MIA
   Case # 16 CR 20695
   Judge MORENO Mag WHITE
   Motn Ifp ___  Fee pd $ ___
   Receipt # ___

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☐

AO 243 (Rev. 01/15)                                               Page 3

9. If you did appeal, answer the following:
  (a) Name of court: _____
  (b) Docket or case number (if you know): _____
  (c) Result: _____
  (d) Date of result (if you know): _____
  (e) Citation to the case (if you know): _____
  (f) Grounds raised:




  (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____
      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐
(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)
Page 5

**GROUND ONE:** Counsel was constitutionally Ineffective for failing to perfect Movants requested notice of appeal and failing to Consult with Movant after sentencing concerning the appe

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

When I accepted the plea agreement, this court informed me that I could appeal. I then, specifically told Christy O'Conner, my lawyer, that I wanted to appeal. Counsel never filed my Notice of appeal.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐  No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐  No ☐
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐  No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐  No ☐
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐  No ☐

AO 243 (Rev. 01/15)

Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: <u>Counsel was Constitutionally Ineffective for failing to Challenge the Constitutionality of my investigatory stop</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On the morning of September 6, 2016, I was observed by law enforcement exiting my home getting into my vehicle and driving away. Subsequently I was stopped, removed from my vehicle by law enforcement and my vehicle was searched. Law enforcement does not give a justifiable reason as to why I was stopped. I instructed counsel to challenge the constitutionality of the stop at a motion to suppress hearing. Counsel never filed for a motion to suppress hearing nor challenged the constitutionality of the investigatory stop.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☐

AO 243 (Rev. 01/15)

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE: Counsel was constitutionally Ineffective for failing to Conduct Pre-trial investigations.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I informed counsel that there was a video of a interview that could prove to have mitigating Evidence on it that we could use during the Sentencing Phase of this case. Counsel never conducted an investigation into this issue.

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)  Page 9

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)

Page 10

    (3)  Did you receive a hearing on your motion, petition, or application?
           Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?
           Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
           Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)    Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

  (a) At the preliminary hearing:
  _Christy O'Conner 150 W. Flagler St. Suite 1700_

  (b) At the arraignment and plea:
  _Christy O'Conner_

  (c) At the trial:

  (d) At sentencing:
  _Christy O'Conner_

  (e) On appeal:

  (f) In any post-conviction proceeding:

  (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

  (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

  (b) Give the date the other sentence was imposed:
  (c) Give the length of the other sentence:
  (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

AO 243 (Rev. 01/15)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)

Page 13

Therefore, movant asks that the Court grant the following relief:

<u>Grant an out of time appeal or an evidentuiary hearin</u>
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>01-23-18</u>.
(month, date, year)

Executed (signed) on <u>01-23-18</u> (date)

*Brian Thomas*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

⇔09493-104⇔
Brian Thomas
1-(912)2668033 My #
Federal Correctional Institution
2680 Highway 301 S.
Jesup, GA 31599
United States

FEDERAL CORRECTIONAL INSTITUTION
2600 HIGHWAY 301
JESUP, GA 31599   DATE _____ Mail Room/R&D
THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION YOU MAY WISH TO
RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION.

FCI JESUP
JAN 23 2018

⇔09493-104⇔
Clerk Of Court
400 N Miami AVE
Miami, FL 33128
United States

Legal Mail




