FILED BY __FG__ D.C.

7-9-21-

JUL 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear, Clerk of Court

I'm writing you in regards to a few case's that I wanted to know if I could get any relief, on them? Below I'm going to write the case's in which I'am speaking of.

First case I want to know is could I get any relief on The (Davis, Hobbs act Robbery) because I was careered out for a (Prior Robbery Convictions) For a crime of Violent's

Second Case: I would like to know if I'am able to gain relief on Section 404 of the first step act. It was said that it could help people who were sentenced prior to August 3, 2010 in a crack case under USSG 4B1.1 (Career offender Guideline) or 21 U.S.C. 851 (Enhancement) for prior convictions if they were held accountable for less than 280 grams of crack. Anyone who was sentenced before Augsut 3, 2010 and Charged with less than 280 grams of crack, who were sentenced under 4B1.1 or Enhanced 851 may be able to gain relief.      Thank you for your time!!!
      Here is my Name, Arrest Number #, and Case Number.

Name: Brian Braman Thomas
Arrest #: 09493-104
Case Number: 18-CV-20439-MORENO, (16-CR-20695-MORENO)

Brian Thomas # 04493-104
F.C.I MIAMI (Low)
P.O Box 779800
MIAMI, FL, 33177

33128-771699

15 JUL 2021  PM 5  L

MIAMI FL 330

Clerk of Court
400 North Miami Ave,
MIAMI, FL, 33128

USMS
INSPECTED

RECEIVED

JUL 20 2021
1:55 PM